IN THE

TENTH COURT OF APPEALS




 
 
 
 
 
 
 


 



No. 10-09-00255-CV

 

Roy D. Mitchell,

                                                                                    Appellant

 v.

 

Wells Fargo Bank,

                                                                                    Appellee

 

 

 



From the 40th District
Court

Ellis County, Texas

Trial Court No. 74768

 



MEMORANDUM  Opinion



 








            Roy D. Mitchell has filed a
notice of appeal without specifying the “order or judgment appealed from.”  See
Tex. R. App. P. 25.1(d)(2). 
According to the district clerk, Mitchell’s case is still pending in the trial
court.  The Clerk of this Court notified the parties that the appeal was
subject to dismissal for want of jurisdiction because the trial court has not
signed a final judgment or other appealable order and advised that the appeal
may be dismissed unless Mitchell or some other party filed a response showing
grounds for continuing the appeal.  See Tex. R. App. P. 42.3(a).  The
Court has received no response.  Accordingly, the appeal is dismissed.  See Ogletree
v. Matthews, 262 S.W.3d 316, 319 n.1 (Tex. 2007) (“Texas appellate courts
have jurisdiction only over final orders or judgments unless a statute permits
an interlocutory appeal.”).

                                                                        FELIPE REYNA

                                                                                                Justice


Before
Chief Justice Gray,

            Justice
Reyna, and

            Justice
Davis

Appeal
dismissed

Opinion
delivered and filed September 16, 2009

[CV06]